IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MASON BURBANK,             )
                           )
    Plaintiff,             )
                           )
v.                         )    CASE NO. CV418-257
                           )
JEFF HEIN, Jail            )
Administrator; OFFICER     )
LARAMIE;                   )
                           )
    Defendants.            )
                           )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's claim against Defendant Hein is **DISMISSED WITHOUT PREJUDICE**. At this stage, Plaintiff's claim against Defendant Officer Laramie shall proceed.

SO ORDERED this 4th day of March 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA