IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MASON BURBANK,)
)
    Plaintiff,)
)
v.) CASE NO. CV418-257
)
OFFICER RHETT LERMY,)
)
    Defendant.)
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 24), to which objections have been filed (Doc. 26). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion to Set Aside Default (Doc. 18) is **GRANTED** and Plaintiff's Motion for Default Judgment (Doc. 17) is **DENIED**.

SO ORDERED this 27th day of June 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA