To: Clerk's Office  
From: Mason Burbank  
Re: Burbank v Lermy   Case No: 4:18-cv-257

Jan. 6, 2020

I am writing for a status update. I have not received any decision on the Defendant's Motion to Dismiss and my reply. I am incarcerated at Liberty County Jail. I just wanted to check that nothing from the court got lost in the mail. Last I heard, discovery was stayed pending the Court's decision. Thank you in advance for sending me a status update. I do not have access to PACER.

Respectfully,

Mason Burbank 99577  
Liberty County Jail  
180 Paul Sikes Dr  
Hinesville, GA 31313