IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MASON BURBANK,                    )
                                  )
    Plaintiff,                    )
                                  )
v.                                )    CASE NO. CV418-257
                                  )
OFFICER RHETT LERMY,              )
                                  )
    Defendant.                    )
_____)

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 43), to which objections have been filed (Doc. 44). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion to Dismiss (Doc. 23) is **GRANTED** and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. As noted by the Magistrate Judge, Plaintiff may refile his claims if he so desires. Additionally, Plaintiff's Motion for Discovery (Doc. 38) is **DENIED**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 19th day of March 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA