# United States District Court
## Southern District of Georgia

MASON BURBANK,

Plaintiff,

v.

OFFICER RHETT LERMY,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV418-257

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated March 19, 2020 adopting the U.S. Magistrate Judge's Report and Recommendations as the opinion of this Court granting Defendant, Rhet Lermy's Motion to Dismiss, Plaintiff's Claims are dismissed without prejudice. This case stand closed

3/19/20
*Date*

Scott L. Poff
*Clerk*

*James R. Bunell*
*(By) Deputy Clerk*